**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Debra** | **Juanita** | **Lauderback** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number **24-70170-SWE-13**

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **Homestead consisting of House, lot, and mineral interests (if any) located at: 3438 CR 320, Era, TX 76238**

Street address, if available, or other description

**3438 CR 320**

**Era, TX 76240**
City        State    ZIP Code

**Cooke**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☑ Other  **Homestead**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

**Source of Value:** **ZILLOW** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$470,900.00** | **$470,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property (see instructions)

If you own or have more than one, list here:

Debtor  **Lauderback, Howard Mikel; Lauderback, Debra Juanita**    Case number *(if known)*  **24-70170-SWE-13**

---

**1.2**  **Barn, lot, and mineral interests (if any) located at: 956 FM 877, Waxahachie, TX 75165**

Street address, if available, or other description

**956 FM 877**

**Waxahachie, TX 75165**

City        State      ZIP Code

**Ellis**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☑ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value:  **Zillow**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$1,200,000.00**

Current value of the portion you own?

**$1,200,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property
(see instructions)

---

**2.**  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ...................................................... ➜    **$1,670,900.00**

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1**  Make:  **Dodge**

Model:  **Avenger**

Year:  **2009**

Approximate mileage:  **376000**

Other information:

**Needs mechanical work**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$1,087.00**

Current value of the portion you own?

**$1,087.00**

If you own or have more than one, describe here:

---

Debtor  **Lauderback, Howard Mikel; Lauderback, Debra Juanita**          Case number *(if known)* **24-70170-SWE-13**

---

3.2  Make:          **Chevrolet**          **Who has an interest in the property?** Check one.

Model:         **2500**          ☐ Debtor 1 only
                                  ☐ Debtor 2 only
                                  ☑ Debtor 1 and Debtor 2 only          Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Year:          **2008**          ☐ At least one of the debtors and another

Approximate mileage:  **300000**          ☑ Check if this is community property (see instructions)

|  | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
|  | $2,482.50 | $2,482.50 |

Other information:

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1  Make:          _____          **Who has an interest in the property?** Check one.

Model:         _____          ☐ Debtor 1 only
                                  ☐ Debtor 2 only
                                  ☐ Debtor 1 and Debtor 2 only          Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Year:          _____          ☐ At least one of the debtors and another

Other information:          ☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
|  |  |

---

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................ →          **$3,569.50**

---

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?          **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........          See Attached.          $2,485.00

7.  **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........          See Attached.          $3,165.00

---

Debtor    **Lauderback, Howard Mikel; Lauderback, Debra Juanita**                    Case number *(if known)*  **24-70170-SWE-13**

---

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or
   baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........  | _____ |                    _____

9. **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and
   kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........  | **Kayaks** |                    **$200.00**

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........  | **See Attached.** |                    **$925.00**

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........  | **Clothing**<br>**Shoes**<br>**Accessories** |                    **$650.00**

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold,
    silver

    ☐ No

    ☑ Yes. Describe. .........  | **Wedding Ring**<br>**Costume Jewelry**<br>**Earrings**<br>**Bracelets** |                    **$2,535.00**

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........  | **1 dog**<br>**20 cats** |                    **$50.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific
    information. .............  | **CPAP** |                    **$400.00**

---

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** .................................................................................................  ➡    **$10,410.00**

---

Debtor  **Lauderback, Howard Mikel; Lauderback, Debra Juanita**          Case number *(if known)*  **24-70170-SWE-13**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ............................................................................................................... Cash: ...................   _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................          Institution name:

| | |
|---|---|
| | **Direct Express account (SS only)** |
| 17.1. Savings account: | **Account Number: 3359** |

**$862.20**

| | **Simmons Bank Savings (SS only)** |
|---|---|
| 17.2. Savings account: | **Account Number: 9011** |

**$713.80**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ..................... Institution or issuer name:

_____          _____

_____          _____

_____          _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................          Name of entity:                                    % of ownership:

**New Era Contract Services (sole proprietorship) all assets and debts listed separately**          **100.00%**

**$0.00**

Debtor  **Lauderback, Howard Mikel; Lauderback, Debra Juanita**                    Case number *(if known)*  **24-70170-SWE-13**

---

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them....................   Issuer name:

_____     _____

_____     _____

_____     _____

21.  **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.   Type of account:      Institution name:

401(k) or similar plan:  _____     _____

Pension plan:  _____     _____

IRA:  _____     _____

Retirement account:  _____     _____

Keogh:  _____     _____

Additional account:  _____     _____

Additional account:  _____     _____

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
others

☑ No

☐ Yes .....................      Institution name or individual:

Electric:  _____     _____

Gas:  _____     _____

Heating oil:  _____     _____

Security deposit on rental unit:  _____     _____

Prepaid rent:  _____     _____

Telephone:  _____     _____

Water:  _____     _____

Rented furniture:  _____     _____

Other:  _____     _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **6**

Debtor  **Lauderback, Howard Mikel; Lauderback, Debra Juanita**          Case number *(if known)* __24-70170-SWE-13__

---

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

_____    _____

_____    _____

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    _____

_____    _____

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...    [                                    ]    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...    [                                    ]    _____

27. **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...    [                                    ]    _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................    [                        ]    Federal: _____

State: _____

Local: _____

Debtor  **Lauderback, Howard Mikel; Lauderback, Debra Juanita**                 Case number *(if known)* **24-70170-SWE-13**

---

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony: _____

    Maintenance: _____

    Support: _____

    Divorce settlement: _____

    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........                                      _____

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
    of each policy and list its value. ...    Company name:          Beneficiary:          Surrender or refund value:

    _____    _____    _____

    _____    _____    _____

    _____    _____    _____

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........                                      _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............                                      _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off
    claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............                                      _____

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **8**

Debtor   **Lauderback, Howard Mikel; Lauderback, Debra Juanita**                    Case number *(if known)*   **24-70170-SWE-13**

---

35.  **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

---

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
     **for Part 4. Write that number here** ..............................................................................................................  ➡     **$1,576.00**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39.  **Office equipment, furnishings, and supplies**

   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs,
   electronic devices

☐ No

☑ Yes. Describe. .........

     **Credenza**
     **Desk and Chair**                                                                  **$1,250.00**
     **Filing Cabinets**
     **Computers**

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41.  **Inventory**

☑ No

☐ Yes. Describe. .........

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

     Name of entity:                                    % of ownership:

---

Official Form 106A/B                                    **Schedule A/B: Property**                                    page **9**

Debtor  **Lauderback, Howard Mikel; Lauderback, Debra Juanita**    Case number *(if known)* **24-70170-SWE-13**

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ....................................................................................................... ➡    $1,250.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☑ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No

☑ Yes ........................    43 goats    $2,200.00

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............

Debtor  Lauderback, Howard Mikel; Lauderback, Debra Juanita        Case number *(if known)* 24-70170-SWE-13

---

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ........................

50.  **Farm and fishing supplies, chemicals, and feed**

☐ No

☑ Yes ........................        **Feed**                                                    **$100.00**

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** ...................................................................        ➡        **$2,300.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---------|---------|

53.  **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................        ➡        **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |
|---------|---------|

55.  **Part 1: Total real estate, line 2** ...................................................................        ➡        **$1,670,900.00**

56.  **Part 2: Total vehicles, line 5**                                    **$3,569.50**

57.  **Part 3: Total personal and household items, line 15**        **$10,410.00**

58.  **Part 4: Total financial assets, line 36**                        **$1,576.00**

59.  **Part 5: Total business-related property, line 45**              **$1,250.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**    **$2,300.00**

61.  **Part 7: Total other property not listed, line 54**        +        **$0.00**

62.  **Total personal property. Add lines 56 through 61.** ...............        **$19,105.50**        Copy personal property total ➡        +        **$19,105.50**

---

Debtor   **Lauderback, Howard Mikel; Lauderback, Debra Juanita**          Case number *(if known)* **24-70170-SWE-13**

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ....................................................................................... | **$1,690,005.50** |

Debtor  **Lauderback, Howard Mikel; Lauderback, Debra Juanita**                    Case number *(if known)*  **24-70170-SWE-13**

Continuation Page

| 6. | **Household goods and furnishings** | |
|---|---|---|
| | **Bedroom Furniture** | **$250.00** |
| | **Clothes Dryer** | **$100.00** |
| | **Freezer** | **$175.00** |
| | **Household Tools** | **$350.00** |
| | **Lawn Furniture** | **$200.00** |
| | **Living Room Furniture** | **$800.00** |
| | **Microwave** | **$85.00** |
| | **Refrigerator** | **$400.00** |
| | **Washing Machine** | **$125.00** |
| 7. | **Electronics** | |
| | **Audio Equipment** | **$250.00** |
| | **Camera** | **$150.00** |
| | **Cell Phones** | **$120.00** |
| | **Computer** | **$1,800.00** |
| | **Digital Equipment** | **$195.00** |
| | **Scanner** | **$300.00** |
| | **Televisions** | **$350.00** |
| 10. | **Firearms** | |
| | **2 Remington .22 Long rifles** | **$200.00** |
| | **Misc. Ammo** | **$200.00** |
| | **Remington 410 Shotgun** | **$225.00** |
| | **Sig Sauer 9 mm Hand Gun** | **$300.00** |

**Fill in this information to identify your case:**

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number **24-70170-SWE-13**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Homestead consisting of House, lot, and mineral interests (if any) located at: 3438 CR 320, Era, TX 76238**<br><br>**3438 CR 320 Era, TX 76240** | **$470,900.00** | | |
| Line from *Schedule A/B*: **1.1** | | ☑ **$454,230.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

| Debtor 1 | Howard | Mikel | Lauderback | | Case number *(if known)* __24-70170-SWE-13__ |
|---|---|---|---|---|---|
| Debtor 2 | Debra | Juanita | Lauderback | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2009 Dodge Avenger** **Needs mechanical work** Line from *Schedule A/B*: **3.1** | $1,087.00 | ☑ $846.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2008 Chevrolet 2500** Line from *Schedule A/B*: **3.2** | $2,482.50 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **Refrigerator** Line from *Schedule A/B*: **6** | $400.00 | ☑ $400.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Freezer** Line from *Schedule A/B*: **6** | $175.00 | ☑ $175.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Washing Machine** Line from *Schedule A/B*: **6** | $125.00 | ☑ $125.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Clothes Dryer** Line from *Schedule A/B*: **6** | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Living Room Furniture** Line from *Schedule A/B*: **6** | $800.00 | ☑ $800.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | Howard | Mikel | Lauderback | | Case number *(if known)* 24-70170-SWE-13 |
|---|---|---|---|---|---|
| Debtor 2 | Debra | Juanita | Lauderback | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Bedroom Furniture**  Line from *Schedule A/B*: **6** | **$250.00** | ☑ **$250.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Lawn Furniture**  Line from *Schedule A/B*: **6** | **$200.00** | ☑ **$200.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Microwave**  Line from *Schedule A/B*: **6** | **$85.00** | ☑ **$85.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Household Tools**  Line from *Schedule A/B*: **6** | **$350.00** | ☑ **$350.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Televisions**  Line from *Schedule A/B*: **7** | **$350.00** | ☑ **$350.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Camera**  Line from *Schedule A/B*: **7** | **$150.00** | ☑ **$150.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Computer**  Line from *Schedule A/B*: **7** | **$1,800.00** | ☑ **$1,800.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Scanner**  Line from *Schedule A/B*: **7** | **$300.00** | ☑ **$300.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cell Phones**  Line from *Schedule A/B*: **7** | **$120.00** | ☑ **$120.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Digital Equipment**  Line from *Schedule A/B*: **7** | **$195.00** | ☑ **$195.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-70170-SWE-13** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Audio Equipment**<br>Line from *Schedule A/B*: **7** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Kayaks**<br>Line from *Schedule A/B*: **9** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Sig Sauer 9 mm Hand Gun**<br>Line from *Schedule A/B*: **10** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Remington 410 Shotgun**<br>Line from *Schedule A/B*: **10** | **$225.00** | ☑ **$225.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Misc. Ammo**<br>Line from *Schedule A/B*: **10** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Clothing Shoes Accessories**<br>Line from *Schedule A/B*: **11** | **$650.00** | ☑ **$650.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Wedding Ring Costume Jewelry Earrings Bracelets**<br>Line from *Schedule A/B*: **12** | **$2,535.00** | ☑ **$2,535.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **1 dog 20 cats**<br>Line from *Schedule A/B*: **13** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **CPAP**<br>Line from *Schedule A/B*: **14** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(2)** |

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-70170-SWE-13** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **Simmons Bank Savings (SS only)**<br>**Savings account**<br>**Acct. No.: 9011**<br>Line from *Schedule A/B*: **17** | **$713.80** | ☑ | **$713.80**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |
| Brief description: **Direct Express account (SS only)**<br>**Savings account**<br>**Acct. No.: 3359**<br>Line from *Schedule A/B*: **17** | **$862.20** | ☑ | **$862.20**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |
| Brief description: **Credenza Desk and Chair Filing Cabinets Computers**<br><br>Line from *Schedule A/B*: **39** | **$1,250.00** | ☑<br><br>☑ | **$1,250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>**$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)**<br><br>**Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **43 goats**<br>Line from *Schedule A/B*: **47** | **$2,200.00** | ☑ | **$2,200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description: **Feed**<br>Line from *Schedule A/B*: **50** | **$100.00** | ☑ | **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:    **Lauderback, Howard Mikel**                    CASE NO  **24-70170-SWE-13**

**Lauderback, Debra Juanita**                    CHAPTER  **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $1,200,000.00 | $614,971.00 | $585,029.00 | $0.00 | $585,029.00 |
| 3. | Motor vehicle | $1,087.00 | $241.00 | $846.00 | $846.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $2,485.00 | $0.00 | $2,485.00 | $2,485.00 | $0.00 |
| 7. | Electronics | $3,165.00 | $0.00 | $3,165.00 | $3,165.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 10. | Firearms | $925.00 | $0.00 | $925.00 | $725.00 | $200.00 |
| 11. | Clothes | $650.00 | $0.00 | $650.00 | $650.00 | $0.00 |
| 12. | Jewelry | $2,535.00 | $0.00 | $2,535.00 | $2,535.00 | $0.00 |
| 13. | Nonfarm animals | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 14. | Other | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $1,576.00 | $0.00 | $1,576.00 | $1,576.00 | $0.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:    **Lauderback, Howard Mikel**                    CASE NO  **24-70170-SWE-13**

**Lauderback, Debra Juanita**                    CHAPTER  **13**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $1,250.00 | $0.00 | $1,250.00 | $1,250.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $2,200.00 | $0.00 | $2,200.00 | $2,200.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$1,216,623.00** | **$615,212.00** | **$601,411.00** | **$16,182.00** | **$585,229.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:    **Lauderback, Howard Mikel**                    CASE NO  **24-70170-SWE-13**

**Lauderback, Debra Juanita**                    CHAPTER  **13**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| Barn, lot, and mineral interests (if any) located at: 956 FM 877, Waxahachie, TX 75165 956 FM 877 Waxahachie, TX 75165 | $1,200,000.00 | $614,971.00 | $585,029.00 | $585,029.00 |
| **Personal Property** | | | | |
| 2 Remington .22 Long rifles | $200.00 | $0.00 | $200.00 | $200.00 |
| TOTALS: | $1,216,623.00 | $615,212.00 | $601,411.00 | $585,229.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$1,216,623.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$1,216,623.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$615,212.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$615,212.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$601,411.00** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$601,411.00** |
| J. Total Exemptions Claimed | **$16,182.00** |
| K. Total Non-Exempt Property Remaining (G-J) | **$585,229.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number (if known): **24-70170-SWE-13**

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** **Cooke County Appraisal District**

Creditor's Name

**C/O Perdue Brandon**

**P.O. Box 8188**

Number        Street

**Wichita Falls, TX 76307**

City        State        ZIP Code

Describe the property that secures the claim:    $2,742.00    $470,900.00    $0.00

Homestead consisting of House, lot, and mineral interests (if any) located at: 3438 CR 320, Era, TX 76238

3438 CR 320 Era, TX 76240

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred        Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $2,742.00

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* __24-70170-SWE-13__ |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.2 | **Cooke County Appraisal District** | Describe the property that secures the claim: | $7,781.00 | $470,900.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**C/O Perdue Brandon**

**P.O. Box 8188**

Number          Street

**Wichita Falls, TX 76307**

City          State          ZIP Code

Describe the property that secures the claim:

**Homestead consisting of House, lot, and mineral interests (if any) located at: 3438 CR 320, Era, TX 76238**

3438 CR 320 Era, TX 76240

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $7,781.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Debtor 1    **Howard**     **Mikel**     **Lauderback**

Debtor 2    **Debra**     **Juanita**     **Lauderback**

     First Name       Middle Name      Last Name

Case number *(if known)*   **24-70170-SWE-13**

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

### 2.3   **Ellis County**

Creditor's Name

**C/O Linebarger Goggan Blair & Sampson, Llp C/O Camille Stecker**

**2777 N Stemmons Frwy 1000**

Number     Street

**Dallas, TX 75207**

City      State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred**   **2022-2023**

**Describe the property that secures the claim:**    **$20,297.00**    **$1,200,000.00**    **$0.00**

| Barn, lot, and mineral interests (if any) located at: 956 FM 877, Waxahachie, TX 75165 |
|---|
| 956 FM 877 Waxahachie, TX 75165 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

### 2.4   **Era Isd**

Creditor's Name

**Linebarger Goggan Blair & Simpson, LLP C/O Camille Stecker**

**2777 N Stemmons Freeway 1000**

Number     Street

**Dallas, TX 75207**

City      State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**    **$6,147.00**    **$470,900.00**    **$0.00**

| Homestead consisting of House, lot, and mineral interests (if any) located at: 3438 CR 320, Era, TX 76238 |
|---|
| 3438 CR 320 Era, TX 76240 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$26,444.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-70170-SWE-13** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

### 2.5

**Internal Revenue Service**
Creditor's Name

**Insolvency**

**P.O. Box 7346**
Number    Street

**Philadelphia, PA 19101-7340**
City     State     ZIP Code

Describe the property that secures the claim:    **$594,674.00**    **$1,670,900.00**    **$0.00**

**Barn, lot, and mineral interests (if any) located at: 956 FM 877, Waxahachie, TX 75165**
956 FM 877 Waxahachie, TX 75165 **Homestead consisting of House, lot, and mineral interests (if any) located at: 3438 CR 320, Era, TX 76238**
3438 CR 320 Era, TX 76240

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Federal Tax Lien**

Date debt was incurred   **2014-2018**    Last 4 digits of account number ___ ___ ___ ___

**Remarks:** 1040, 940, 941 taxes for 2014-2018

### 2.6

**Loan Star Title Loan**
Creditor's Name

**8304 Camp Bowie W Blvd**
Number    Street

**Fort Worth, TX 76116**
City     State     ZIP Code

Describe the property that secures the claim:    **$4,995.00**    **$2,482.50**    **$2,512.50**

**2008 Chevrolet 2500**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Certificate of Title**

Date debt was incurred    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    **$599,669.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-70170-SWE-13** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Amount of claim*<br>Do not deduct the value of collateral. | *Value of collateral that supports this claim* | *Unsecured portion*<br>If any |

**2.7** **Title Max**

| | | **$241.00** | **$1,087.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**15 Bull Street 200**

Number     Street

┌────────────────────────────┐
│ **2009 Dodge Avenger**     │
│ **Needs mechanical work**  │
└────────────────────────────┘

**As of the date you file, the claim is:** Check all that apply.

**Savannah, GA 31401**

City     State     ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**   **6/3/2016**    **Last 4 digits of account number**   ___  ___  ___  ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$241.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$636,877.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number **24-70170-SWE-13**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.    List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | $47,450.00 | $47,450.00 | $0.00 |
| Priority Creditor's Name | | | | |
| **P.O. Box 7346** | **When was the debt incurred?** _____ | | | |
| Number        Street | | | | |
| _____ | As of the date you file, the claim is: Check all that apply. | | | |
| **Philadelphia, PA 19101-7340** | ☐ Contingent | | | |
| City        State        ZIP Code | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** | | | |
| ☐ Debtor 1 only | ☐ Domestic support obligations | | | |
| ☐ Debtor 2 only | ☑ Taxes and certain other debts you owe the government | | | |
| ☑ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ☐ At least one of the debtors and another | ☐ Other. Specify _____ | | | |
| ☐ **Check if this claim is for a community debt** | | | | |
| **Is the claim subject to offset?** | | | | |
| ☑ No | | | | |
| ☐ Yes | | | | |

**Remarks:** 940 and 941 Taxes

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)*  24-70170-SWE-13 | | |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 1: | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |

| 2.2 | | | |
|---|---|---|---|

**Lee Law Firm, PLLC - Hurst** | Last 4 digits of account number  ___ ___ ___ ___ | **$3,858.00** | **$3,858.00** | **$0.00**

Priority Creditor's Name

**8701 Bedford Euless Rd 510**
Number        Street

When was the debt incurred?  _____

**Hurst, TX 76053**
City            State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Attorney Fees**

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page **2** of **8**

| | | |
|---|---|---|
| Debtor 1 | **Howard** **Mikel** **Lauderback** | |
| | First Name    Middle Name    Last Name | Case number *(if known)* __24-70170-SWE-13__ |
| Debtor 2 | **Debra** **Juanita** **Lauderback** | |
| | First Name    Middle Name    Last Name | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|

---

**4.1   Bradley Roger Timms**
Nonpriority Creditor's Name

**1008 Macon Street Ste 101**
Number          Street

**Fort Worth, TX 76102**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Attorney for - AA and JN Investments**

---

**4.2   Cavalry SPV I, LLC**
Nonpriority Creditor's Name

**P.O. Box 4252**
Number          Street

**Greenwich, CT 06831**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for - Citibank**

---

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-70170-SWE-13** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.3** **Cavalry SPV I, LLC**

Nonpriority Creditor's Name

**P.O. Box 4252**

Number          Street

**Greenwich, CT 06831**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collecting for - SYNCB**

---

**4.4** **Citibank**

Nonpriority Creditor's Name

**Po Box 78045**

Number          Street

**Phoenix, AZ 85062-8045**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$9,990.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **4** of **8**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* __24-70170-SWE-13__

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

**4.5**  **Internal Revenue Service**

Nonpriority Creditor's Name

**Insolvency**

**P.O. Box 7346**

Number          Street

**Philadelphia, PA 19101-7340**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___     **$666,748.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **1040, FICA, and FUTA taxes for 2014-2020. penalties and interest**

---

**4.6**  **Justice of the Peace, PCT 5**

Nonpriority Creditor's Name

**Sergio L De Leon**

**350 West Belknap Street 112-C**

Number          Street

**Fort Worth, TX 76196**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___     **$0.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

---

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-70170-SWE-13** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.7    Linebarger Goggan Blair & Sampson, LLP**

Nonpriority Creditor's Name

**2323 Bryan St 1600**

Number            Street

**Dallas, TX 75201-2644**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                    $0.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Attorney for - Ellis County**

---

**4.8    SYNCB**

Nonpriority Creditor's Name

**PO Box 965033**

Number            Street

**Orlando, FL 32896**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                    $1,907.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **24-70170-SWE-13** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.9**

**Texas Workforce Commission**
Nonpriority Creditor's Name

**Regulatory Integrity Division - SAU**

**101 E. 15th Street Room 556**
Number          Street

**Austin, TX 78778-0001**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Government Overpayment**

**$44,977.00**

---

**4.10**

**TitleMax Of Texas Inc**
Nonpriority Creditor's Name

**15 Bull St 200**
Number          Street

**Savannah, GA 31401**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  **7/26/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Repo deficiency**

**$2,342.00**

---

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **24-70170-SWE-13** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$47,450.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$3,858.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$51,308.00** |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$725,964.00** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$725,964.00** |

Fill in this information to identify your case:

| Debtor 1 | Howard | Mikel | Lauderback |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Debra | Juanita | Lauderback |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known)    **24-70170-SWE-13**

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number **24-70170-SWE-13**
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.    Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2.    Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number          Street

_____
City          State          ZIP Code

**3.    In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.1 | | |
|---|---|---|
| Name _____ | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number          Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |

| 3.2 | | |
|---|---|---|
| Name _____ | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number          Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **24-70170-SWE-13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** | | | |
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed  ☐ Not Employed | ☐ Employed  ☑ Not Employed |
| | **Occupation** | **Operations Manager** | _____ |
| Include part time, seasonal, or self-employed work. | **Employer's name** | **Neu Era Contract Services, LLC** | _____ |
| | **Employer's address** | **P.O. Box 7833** | _____ |
| Occupation may include student or homemaker, if it applies. | | Number Street | Number Street |
| | | _____ | _____ |
| | | _____ | _____ |
| | | **Fort Worth, TX 76111** | _____ |
| | | City        State    Zip Code | City        State    Zip Code |
| | **How long employed there?** | **04/2022 to current** | _____ |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | **$2,640.00** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$2,640.00** | **$0.00** |

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
|---|---|---|---|
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **24-70170-SWE-13**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here...............................................➔ 4. | $2,640.00 | $0.00 |
| 5. | List all payroll deductions: | | |
| | 5a. **Tax, Medicare, and Social Security deductions** 5a. | $623.96 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ 5h. + | $0.00 + | $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | $623.96 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $2,016.04 | $0.00 |
| 8. | List all other income regularly received: | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** 8e. | $884.50 | $713.80 |
| | 8f. **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____ 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ 8h. + | $0.00 + | $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. | $884.50 | $713.80 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse 10. | $2,900.54 + | $713.80 = $3,614.34 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12. $3,614.34

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number | **24-70170-SWE-13** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   　☑ No

   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**   ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$0.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$155.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$0.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | |
|---|---|---|---|---|
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **24-70170-SWE-13** |

| | | **Your expenses** |
|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | **$0.00** |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | **$505.00** |
| | 6b. Water, sewer, garbage collection | **$95.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | **$125.00** |
| | 6d. Other. Specify: **Internet** | **$143.00** |
| 7. | **Food and housekeeping supplies** | **$600.00** |
| 8. | **Childcare and children's education costs** | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | **$85.00** |
| 10. | **Personal care products and services** | **$75.00** |
| 11. | **Medical and dental expenses** | **$273.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | **$700.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | **$0.00** |
| 14. | **Charitable contributions and religious donations** | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | **$0.00** |
| | 15b. Health insurance | **$0.00** |
| | 15c. Vehicle insurance | **$95.00** |
| | 15d. Other insurance. Specify: | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | **$0.00** |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | **$0.00** |
| | 17b. Car payments for Vehicle 2 | **$0.00** |
| | 17c. Other. Specify: | **$0.00** |
| | 17d. Other. Specify: | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | **$0.00** |
| | 20b. Real estate taxes | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | **$0.00** |
| | 20e. Homeowner's association or condominium dues | **$0.00** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **24-70170-SWE-13**

---

21. **Other.** Specify: _____     21.  +  _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.     22a.  _____ **$2,851.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.  _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c.  _____ **$2,851.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*     23a.  _____ **$3,614.34**

    23b. Copy your monthly expenses from line 22c above.     23b.  −  _____ **$2,851.00**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*     23c.  _____ **$763.34**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.     None

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **24-70170-SWE-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ | **$1,670,900.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................. | **$19,105.50** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*....................................................... | **$1,690,005.50** |

## Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$636,877.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................. | **$51,308.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + **$725,964.00** |
| **Your total liabilities** | **$1,414,149.00** |

## Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | **$3,614.34** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*................................................................ | **$2,851.00** |

| Debtor 1 | **Howard** | **Mikel** | **Lauderback** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** | | |
| | First Name | Middle Name | Last Name | Case number (if known) | **24-70170-SWE-13** |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

**$2,640.00**

**9.** Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$47,450.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$47,450.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Mikel** | **Lauderback** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Debra** | **Juanita** | **Lauderback** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | **24-70170-SWE-13** | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Howard Mikel Lauderback**                    X **/s/ Debra Juanita Lauderback**
Howard Mikel Lauderback, Debtor 1                    Debra Juanita Lauderback, Debtor 2

Date **06/17/2024**                                  Date **06/17/2024**
MM/ DD/ YYYY                                         MM/ DD/ YYYY