**Pay stub (hourly)**

| Neu Era Contract Ser LLC | | | |
|---|---|---|---|
| **EMPLOYEE** | **SOCIAL SECURITY NO.** | **PAY RATE** | **PAY PERIOD** |
| M. Lauderback | xxx9239 | $22.00 | Apr. 1/30/24 |

| EARNINGS | HOURS | AMOUNT | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|
| Regular | 30 | $22.00 | Federal W/H | $422.00 |
| Overtime | | | FICA | -0- |
| | | | Medicare | 38.28 |
| | | | SS | 163.68 |

GROSS EARNINGS: $2,640.00
TOTAL DEDUCTED: 623.96
NET EARNINGS: $2,016.04

SICK LEAVE: NA

**Pay stub (hourly)**

| Neu Era Contract Ser LLC | | | |
|---|---|---|---|
| **EMPLOYEE** | **SOCIAL SECURITY NO.** xxx9239 | **PAY RATE** $22.00 | **PAY PERIOD** May 1/30/24 |

| EARNINGS | HOURS | AMOUNT | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|
| Regular | 30 | $22.00 | Federal W/H | $422.00 |
| Overtime | | | FICA | -0- |
| | | | Medicare | 38.28 |
| | | | SS | 163.68 |

GROSS EARNINGS: $2,640.00
TOTAL DEDUCTED: 623.96
NET EARNINGS: $2,016.04

SICK LEAVE: =NA